No. 10–8785. ALLEN v. GUNN ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–8789. BLAIR v. ALASKAN COPPER & BRASS CO. C. A. 9th Cir. Certiorari denied.

No. 10–8791. RICHARD v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 10–8793. SIMMONS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–8796. CLARK v. O'BRIEN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–8803. WILLIAMS v. STEWART, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8804. CELLI v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–8809. CORNELISON v. MOTLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8821. BRUMMETT v. TESKE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8863. LOEBER v. RADER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–8864. BROWN v. NOTTOWAY CORRECTIONAL CENTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8868. EVANS v. SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–8877. KAKAYGEESICK v. SALAZAR, SECRETARY OF THE INTERIOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–8881. EVANS v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.